# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

HEATHER S. AVERY AND TAW M. AVERY

NO.   2021 CW 1387

VERSUS

EVEREST NATIONAL INSURANCE COMPANY, GERHIG A. KINNEY, JR., AND LIL MAN CONSTRUCTION, LLC

**NOVEMBER 15, 2021**

---

In Re:   Gerhig A. Kinney, Lil Man Construction, LLC, and Everest National Insurance Company, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201713569.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**STAY DENIED; WRIT DENIED.**

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT